433 A.2d 119

Commonwealth ex rel. Maguire v. Maguire, Appellant.

Argued March 19, 1980. Janet DuffyCarson, for appellant; Brian P. Sullivan, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed on the lower court opinion.

433 A.2d 119

Fiske, Appellant, v. Fiske.

Reargument Denied July 8, 1981.

Petition for Allowance of Appeal Granted Sept. 29, 1981.

Argued March 20, 1980. Arthur L. Jenkins, Jr., for appellant; Scott E. Townsley, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed on the adjudication, stipulation and opinion of the court below.